**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AL AND PO CORPORATION, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 14-cv-2097 |
| v. | ) ) | Hon. Sara L. Ellis |
| PDR NETWORK LLC, a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**<u>STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by this stipulation signed by the parties, the parties hereby dismiss this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims. Except as otherwise agreed, each party shall bear his or its own costs and expenses, including attorneys' fees.

| | |
|---|---|
| Dated: November 4, 2014 | Respectfully submitted, |
| AL AND PO CORPORATION, individually and on behalf of all others similarly situated | PDR NETWORK LLC, |
| By: *s/ Joseph J. Siprut* | By: *s/ John A. Leja* |
| Joseph J. Siprut<br>*jsiprut@siprut.com*<br>Gregg M. Barbakoff<br>*gbarbakoff@siprut.com*<br>Ismael T. Salam<br>*isalam@siprut.com*<br>**SIPRUT PC**<br>17 N. State Street<br>Suite 1600<br>Chicago, Illinois 60602<br>312.236.0000<br>Fax: 312.470.6588 | John A. Leja<br>*jleja@polsinelli.com*<br>Polsinelli PC<br>161 N. Clark Street, Suite 4200<br>Chicago, Illinois 60601<br>(312) 819-1900<br><br>Michael E. Baughman<br>*baughmanm@pepperlaw.com*<br>Robert L. Hickock<br>*hickockr@pepperlaw.com*<br>Pepper Hamilton LLP<br>300 Two Logon Square<br>Philadelphia, Pennsylvania 19103<br>(215) 981-4583 |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation of Voluntary Dismissal with Prejudice** was filed this 4th day of November, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

        */s/ Joseph J. Siprut*
        Joseph J. Siprut

4811-4494-8768, v. 1